

# Fourth Court of Appeals
## San Antonio, Texas

November 30, 2018

No. 04-18-00532-CR

Daniel Cervantes **SALAZAR**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 187th Judicial District Court, Bexar County, Texas
Trial Court No. 2016CR6992
Honorable Joey Contreras, Judge Presiding

# O R D E R

The reporter's record in this appeal was originally due September 18, 2018, but it was not filed. The clerk of this court notified the court reporter, Erminia Uviedo, that she is the court reporter responsible for timely filing the reporter's record, and the record had not been filed. Our letter directed Ms. Uviedo to file the record by October 24, 2018. On that date, Ms. Uviedo filed a notification of late record, requesting an additional thirty-one days to file the record. The court granted her motion and ordered Ms. Uviedo to file the record by November 19, 2018. Our order advised Ms. Uviedo that the court would not grant a further extension of time unless she filed a motion (1) establishing extraordinary circumstances that prevented her from timely filing the record, (2) advising the court of the status of completion, and (3) providing the court reasonable assurance the record will be completed and filed by the requested extended deadline. Ms. Uviedo has not filed the record or otherwise responded to our order, and she has not responded to telephone messages left by the office of the clerk of this court.

We therefore **order Erminia Uviedo** to file the reporter's record by **December 10, 2018**. The court will not grant any further extensions of time. If Ms. Uviedo is unable to perform all her duties and complete the record in a timely manner, she must take whatever steps are necessary, including requesting a substitute reporter or hiring competent assistance, to file the record by the date ordered. If the record is not filed by the date ordered, we may order the reporter to appear and show cause why she should not be held in civil or criminal contempt of this court or otherwise sanctioned.

We further **order** the clerk of this court to serve a copy of this order on Ms. Uviedo by email and first class United States mail and by certified mail, return receipt requested. Because "[t]he trial and appellate courts are jointly responsible for ensuring that the appellate record is timely filed," Tex. R. App. P. 35.3(c), we also order the clerk of this court to serve a copy of this order on the trial court.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 30th day of November, 2018.

_____
Keith E. Hottle
Clerk of Court